UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

v.

Case No. 20cr1656 VJ1

BARET WAYNE SMITH,

Defendant.

## WAIVER OF PERSONAL PRESENCE AT HEARING
*RENUNCIA DE PRESENCIA PERSONAL EN UNA AUDENCIA*

I, Baret Wayne Smith, Defendant, understand that I am scheduled for an initial, detention and change of plea hearing on September 15, 2020.

I understand that I may appear by video for this proceeding. I hereby ask to be permitted to appear for the hearing by video, and waive my right to be personally present for this hearing.

El que firma a continuanción, ◇, Acusado/a en este caso, comprendo que tengo programada una audiencia para declaración de culpable el día ◇ de ◇ de 2020.

Entiendo que puedo comparecer para esta audiencia por medio de video. Por este medio pido permiso de comparecer en esta audiencia por video, y renuncio a mi derecho de estar fisicamente presente en la audiencia.

Date/*Fecha*: 09/02/2020

_____
Defendant's signature

*/s/ Stephanie L. Wolf*
Stephanie L. Wolf
Counsel for Defendant